IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:05cv326-SRW )   WO |
| RAVE MOTION PICTURES, INC., et al., | ) ) ) |
|     Defendants. | ) |

**ORDER**

By order entered on February 10, 2006 (Doc. #25), the court set plaintiff's motion to compel (Doc. # 24) for hearing by telephone at 8:15 a.m. on March 2, 2006. Counsel for plaintiff was directed to set up the call. However, plaintiff's counsel neither placed the call nor asked the court to continue or reschedule the hearing. Defendant's counsel was available for the call. The undersigned concludes that the motion has been abandoned.

Accordingly, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE