IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SHARON DIXON** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER CV-05-326-W** |
| | ) | |
| **RAVE MOTION PICTURES, INC.,** | ) | **(JURY DEMAND)** |
|   **Et. al,** | ) | |
|     **Defendants** | ) | |

## MOTION FOR RECONSIDERATION AND RESETTING OF HEARING

COMES NOW the plaintiff, by and through undersigned counsel, and moves the Court for reconsideration of its Order entered on this date denying her Motion to Compel Discovery Responses. Plaintiff's counsel apologizes to the Court and defendants' counsel for his failure to effect the conference call on the motion which was scheduled for 8:15 a.m. Counsel had a family emergency this morning which prevented him from getting to his office in time to initiate the call as ordered. Counsel contacted the Court as soon as he was able to get to his office, but learned the motion had been denied.

The plaintiff respectfully asks the Court to set aside its Order denying her motion and to reset the matter of the disputed discovery requests for a new hearing date.

Respectfully submitted this 2nd day of March 2006.

                                                                                           /S/ **JIMMY JACOBS**
                                                                                          JIMMY JACOBS (JAC051)
                                                                                          Attorney for Plaintiff
                                                                                          143 Eastern Boulevard
                                                                                          Montgomery, Alabama 36117
                                                                                          (334) 215-1788

<u>CERTIFICATE</u> <u>OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing was transmitted to the Clerk of the Court for service upon counsel of record by the Court's CM/ECF system on this the 2nd day of March, 2006.

                                           /s/**Jimmy Jacobs**
                                           JIMMY JACOBS (JAC051)
                                           Attorney for Plaintiff

**COUNSEL OF RECORD:**

Stephen E. Whitehead
Jennifer M. Bedsole
Rachel E. VanNortwick
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35243
(205) 967-8822
(205) 967-2380 facsimile