IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv326-SRW |
| ) | WO |
| RAVE MOTION PICTURES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion for reconsideration and resetting hearing (Doc. #27), and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The conference call previously scheduled for March 2, 2006 is rescheduled for 8:15 a.m. on April 11, 2006. The telephone conference call will be on the record. Counsel for the plaintiff is DIRECTED to set up the telephone conference call.

As before, counsel for the respective parties are DIRECTED to confer (in person or by telephone, not by letter) prior to the hearing, if they have not already done so, and shall attempt in good faith to resolve their differences or reduce the areas of dispute regarding the discovery requests at issue in the motion(s) presently pending before the Court. If the motion(s) are resolved prior to the filing of the response[1] or the hearing, counsel shall so notify the Court.

DONE, this 9th day of March, 2006.

---

[1] If the relevant motion(s) are resolved prior to the response date, no response need be filed.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE