IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:05cv326-SRW |
| ) | WO |
| RAVE MOTION PICTURES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of defendants' motion to compel plaintiff's deposition, or in the alternative, extend the dispositive motion deadline (Doc. # 38), filed May 30, 2006, and plaintiff's response to the motion (Doc. # 41), filed May 31, 2006, and for good cause, it is

ORDERED that the motion is GRANTED in part and DENIED in part as follows:

1. Plaintiff's deposition shall go forward on the afternoon of June 5, 2006.

2. The dispositive motion deadline is extended to June 12, 2006. No further extensions will be granted.

DONE, this 1st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE