IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv326-SRW |
| ) | WO |
| RAVE MOTION PICTURES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's motion for leave to supplement plaintiff's response (Doc. # 54), filed July 5, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Done, this 6th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE