IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv326-SRW |
| | ) | WO |
| RAVE MOTION PICTURES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION

Upon consideration of plaintiff's unopposed motion to amend Rule 16 (Doc. # 52), filed June 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 6th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE