IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:05cv326-SRW |
| | ) | WO |
| RAVE MOTION PICTURES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to strike the affidavits of Kenya Harris and Tammy Thomas or, in the alternative, to amend the scheduling order and briefing schedule (Doc. # 59) and plaintiff's response to the motion (Doc. # 62), it is

ORDERED that the motion to strike is DENIED.

It is further ORDERED that the motion to amend the scheduling order and briefing schedule is GRANTED as follows:

(1) The discovery deadline is extended until August 8, 2006, solely for the purpose of deposing Tammy Thomas.  No other discovery will be permitted.

(2) Defendant may file its reply brief on the pending motion for summary judgment on or before August 15, 2006.

(3) The pretrial conference in this matter, presently set for 4:00 p.m. on August 4, 2006 is hereby rescheduled to 4:00 p.m. on October 10, 2006.

(4)  The trial of this matter, presently set during the term of court commencing on

September 11, 2006 is hereby rescheduled to the term of court commencing on November 6, 2006 in Montgomery, Alabama.

DONE, this 18th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE