IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, | ) |
| Plaintiff, | ) |
| v. | )   CIVIL ACTION NO. 2:05cv326-SRW |
| RAVE MOTION PICTURES, INC., et al., | )   WO |
| Defendants. | ) |

## ORDER

Upon consideration of defendants' motions to strike (Doc. Nos. 65, 66, 67, 68 and 69), filed August 15, 2006, and for good cause, it is

ORDERED that plaintiff file a response to the motions on or before August 30, 2006.

DONE, this 21st day of August, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE