IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv326-SRW |
| ) | WO |
| RAVE MOTION PICTURES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference is rescheduled from October 10, 2006 to 4:00 p.m. on October 23, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

DONE, this 4th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE